UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MICHAEL ADAMOWICZ AND
ELIZABETH FRASER, INDIVIDUALLY
AND AS EXECUTORS OF THE ESTATE
OF MARY ADAMOWICZ, DECEASED,

                Plaintiffs,                MEMORANDUM AND ORDER

                                            CV 05-3828

    -against-                            (Wexler, J.)

UNITED STATES OF AMERICA,

                Defendant.
-----------------------------------------------------------X

APPEARANCES:

    LAW OFFICES OF FREDERICK M. SEMBLER, PLLC
    BY: FREDERICK M. SEMBLER, ESQ.
    501 Madison Avenue 8th Floor
    New York, New York 10022
    Attorneys for Plaintiffs

    ROSLYNN R. MAUSKOPF, ESQ.
    UNITED STATES ATTORNEY
    BY: DIANE LEONARDO BECKMAN, ESQ.
    ASSISTANT UNITED STATES ATTORNEY
    Attorney for Defendant
    610 Federal Plaza 5th Floor
    Central Islip, New York 11722

WEXLER, J.

This case was commenced by Plaintiffs to quash summonses issued by the Internal Revenue Service ("IRS"). Defendant, United States of America (the "Government") opposes the motion to quash and seeks an order enforcing the summonses. In a separate proceeding filed under docket number Misc. 06-120, the Government filed an order to show cause seeking

enforcement of separate IRS summonses served upon Plaintiffs herein. In view of the obvious relation of these two matters, the court enters the following order.

- The court orders this case consolidated with the case filed under docket number Misc. 06-120.

- The case filed under docket number Misc 06-120 is to be closed and all papers that would have been filed in that matter are now to be filed under docket number CV 05-3828.

- The motions currently pending in this matter are denied at this time, without prejudice and will be considered together with the motions to be filed concerning the summonses at issue in Misc. 06-120.

- The Clerk of the Court is directed to take action consistent with this order, including termination, without prejudice, of the cross- motions to quash and enforce summonses currently pending in CV 05-3828.

SO ORDERED.

_____
LEONARD D. WEXLER
UNITED STATES DISTRICT JUDGE

Dated: Central Islip, New York
March 21, 2006

2